UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


TIBURCIO RAMOS HERNANDEZ,

        Plaintiff,

v.                                     Case No. 26-cv-10591
                                          HON. MARK A. GOLDSMITH

IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al,

        Defendants.

_____/

### **<u>ORDER DISMISSING CASE WITH PREJUDICE</u>**

On May 29, 2026, the Court issued an Order for Petitioner to show cause in writing why his case should not be dismissed (Dkt. 12).  The Order explained that Petitioner failed to file two Court-ordered supplemental briefs.  The first regarded the matter of his release, and was due on or before May 18, 2026.  Petitioner never filed a brief.  The second regarded Petitioner's view of the impact, if any, of <u>Lopez-Campos v. Raycraft</u>, 6th Cir. Case Nos. 25-1965/1969/1978/1982, on the case. Again, Petitioner never filed a brief.  The May 29, 2026 Order required Petitioner to show cause in writing, on or before June 5, 2026, why this case should not be dismissed with prejudice due to these failures.  5/29/26 Show Cause Order at PageID.12.

In light of Petitioner's failure to file two Court-ordered supplemental briefs, his failure to respond to the Order to Show Cause, and given the Court's explicit warning that the case would be dismissed with prejudice for his failure to do so, the Court finds that Petitioner has abandoned his claims.  Therefore, the Court dismisses this action with prejudice.

Moreover, even if the Court concluded that Plaintiff had not abandoned his claims, it would find dismissal without prejudice appropriate as a sanction for Petitioner's failure to

1

respond to three Court orders requiring a response. Federal Rule of Civil Procedure 41(b) "confers on district courts the authority to dismiss an action for failure of a plaintiff to prosecute or to comply with the Rules or any order of the court." Schafer v. City of Defiance Police Dep't, 529 F.3d 731, 736 (6th Cir. 2008). See also Eastern District of Michigan Local Rule 41.2 (authorizing the Court, when the parties have taken no action for a reasonable time after reasonable notice, to enter an order dismissing the case for failure to prosecute, unless good cause is shown).

Accordingly, the Court dismisses this case with prejudice.

**SO ORDERED.**

Dated: June 10, 2026    s/Mark A. Goldsmith
Detroit, Michigan    MARK A. GOLDSMITH
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 10, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager

2